UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Annette Tyler | Civil Action No. 6:24-cv-855 |
| Versus | Judge Robert R Summerhays |
| Grand Coteau Investments, LLC, et al | Magistrate Judge David J. Ayo |

**Notice of Final Settlement**

NOW INTO COURT, through undersigned counsel, comes Defendant, Grand Coteau Investments, LLC ("Grand Coteau Investments"), who files this Notice to notify the Court that Grand Coteau Investments and Plaintiff have agreed in principle to settle the disputes between them in the above-captioned matter. Counsel for the parties are in the process of finalizing the settlement agreement wherein a Joint Motion and Order of Dismissal with Prejudice will be filed with the Court.

Respectfully submitted,

**NEUNERPATE**

By: */s/ Katelyn B. Courville*
Jeffrey K. Coreil – La. Bar. No. 32405 (TC)
(JCoreil@NeunerPate.com)
Cliff A. LaCour – La. Bar No. 30581
(CLacour@NeunerPate.com)
Katelyn B. Courville – La. Bar No. 39118
(KCourville@NeunerPate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Telephone:    337-237-7000
 Fax:             337-233-9450

***Counsel for Grand Coteau Investments, LLC***

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by the Court's CM/ECF system and by email on October 18, 2024.

/s/ *Katelyn B. Courville*
COUNSEL