UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

---

ANNETTE TYLER,

    Plaintiff,

v.

GRAND COTEAU INVESTMENTS, LLC, ET AL.

    Defendants.

**NO. 6:24-cv-855-RRS-DJA**

**JUDGE: SUMMERHAYS**

**MAGISTRATE: AYO**

---

## **ORDER**

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff are hereby **DISMISSED,** with prejudice, against the Defendants without fees or costs to any party against any other.

LAFAYETTE, LOUISIANA, this 4th day of November, 2024.

_____
JUDGE